# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts  **Category No.** II  **Investigating Agency** ATF
**City:** Boston and elsewhere
**County:** Suffolk and elsewhere

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  Yes [ ]  No [✓]

**Defendant Name:** Theodore GAMBLE-WILLIAMS  Juvenile: Yes [ ]  No [✓]

Is this person an attorney and/or a member of any state/federal bar: Yes [ ]  No [✓]

**Alias Name:**
**Address:**

**Birth date (Yr only):** 1984  **SSN (last 4#):** 7694  **Sex:** Male  **Race:** Black  **Nationality:**

**Defense Counsel if known:** _____  **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Sarah B. Hoefle  **Bar Number if applicable:** _____

**Interpreter:** Yes [ ]  No [✓]  List language and/or dialect: _____

**Victims:** Yes [ ]  No [✓]  If yes, are there multiple crime victims under 18 USC§3771(d)(2) Yes [ ] No [ ]

**Matter to be SEALED:** Yes [✓]  No [ ]

[✓] Warrant Requested   [ ] Regular Process   [✓] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____.
[✓] Already in State Custody at Old Colony Correctional Center  [✓] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** [✓] Complaint  [ ] Information  [ ] Indictment
**Total # of Counts:** [ ] Petty _____  [ ] Misdemeanor _____  [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 2/9/2024  **Signature of AUSA:** SARAH HOEFLE (Digitally signed by SARAH HOEFLE, Date: 2024.02.09 10:37:12 -05'00')

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Theodore GAMBLE-WILLIAMS

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | PWID controlled substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**